ALICE LARAINE DIMERY, Appellant, v ULSTER SAVINGS BANK, Respondent.

Decided June 23, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

ARLENE S. GARLAND, as Executrix of RICHARD T. SHANOR and GANELLE M. SHANOR, Deceased, Appellant, v RLI INSURANCE COMPANY, Respondent, et al., Defendant.

Submitted May 16, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of TOMMY R. JACKSON, Appellant, v WILLIAM WALSH, Onondaga County Court Judge, et al., Respondents.

Submitted May 2, 2011; decided June 23, 2011

Motion to vacate this Court's March 31, 2011 dismissal order granted and appeal reinstated [see 16 NY3d 826 (2011)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.